# Exhibit C

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1427

SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, and
DEBIOPHARM S.A.,

Plaintiffs-Appellants,

v.

SANDOZ, INC.,

Defendant-Appellee,

and

TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and
PHARMACHEMIE BV,

Defendants-Appellees,

and

MAYNE PHARMA LIMITED, MAYNE PHARMA (USA) INC., HOSPIRA AUSTRALIA
PTY LTD., and HOSPIRA, INC.,

Defendants-Appellees,

and

BARR LABORATORIES, INC. and PLIVA-LACHEMA A.S.,

Defendants-Appellees,

and

W.C. HERAEUS GMBH,

Defendant-Appellee,

and

APP PHARMACEUTICALS, INC. and ABRAXIS BIOSCIENCE, INC.,

Defendants-Appellees,

and

ACTAVIS TOTOWA LLC, ACTAVIS, INC., and ACTAVIS GROUP HF,

Defendants-Appellees,

and

FRESENIUS KABI ONCOLOGY PLC (formerly known as Dabur Oncology plc) and FRESENIUS KABI PHARMA LIMITED (formerly known as Dabur Pharma Limited),

Defendants-Appellees,

and

SUN PHARMACEUTICAL INDUSTRIES LTD. and CARACO PHARMACEUTICAL LABORATORIES, LTD.,

Defendants-Appellees,

and

EBEWE PHARMA GES.M.B.H. NFG KG,

Defendants-Appellees,

and

MUSTAFA NEVZAT ILAC SANAYII A.S. (also known as MN Pharmaceuticals), PAR PHARMACEUTICAL COMPANIES, INC., and PAR PHARMACEUTICAL, INC.,

Defendants-Appellees.

On appeal from the United States District Court for the District of New Jersey in case no. 3:07-cv-2762, Judge Joel A. Pisano.

- - - - - - - - - - - - - - - - - - - - - -

MISCELLANEOUS DOCKET NO. 905

IN RE SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, and DEBIOPHARM S.A.,

2009-1427, Misc. 905                    -2-

Petitioners.

On petition for writ of mandamus to the United States District Court for the District of New Jersey in case no. 3:07-cv-2762, Judge Joel A. Pisano.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Sanofi-Aventis U.S. LLC et al. (Sanofi) submit a motion for a stay, pending appeal, of the judgment of the United States District Court for the District of New Jersey that held, inter alia, that certain defendants did not infringe Sanofi's patent. Sanofi requests an immediate stay of the judgment, pending disposition of the motion for a stay pending appeal. Sanofi also submits a petition for a writ of mandamus to direct the district court to vacate its judgment and moves for a stay, pending disposition of the mandamus petition, of the district court's judgment.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The appellees are directed to respond to the motion for a stay, pending appeal, and the petition for writ of mandamus no later than noon on July 7, 2009.

(2) The district court's judgment is temporarily stayed, pending the court's receipt of the responses and the court's consideration of the papers submitted.

FOR THE COURT

JUL 0 1 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2009

JAN HORBALY
CLERK

2009-1427, Misc. 905 - 3 -

cc: Dominick A. Conde, Esq.
Frederick H. Rein, Esq.
Gail J. Standish, Esq.
Patricia J. Thompson, Esq.
Scott b. Feder, Esq.
Steven Lieberman, Esq.
Steven A. Maddox, Esq.
Charles D. Ossola, Esq.
Andrew M. Berdon, Esq.
Daniel G. Brown, Esq.
Steven H. Sklar, Esq.

s8

# Exhibit D

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1427

SANOFI-AVENTIS U.S. LLC, SANOFI-AVENTIS, and
DEBIOPHARM S.A.,

Plaintiffs-Appellants,

v.

SANDOZ, INC.,

Defendant-Appellee,

and

TEVA PARENTERAL MEDICINES, INC., TEVA PHARMACEUTICALS USA, INC., and
PHARMACHEMIE BV,

Defendants-Appellees,

and

MAYNE PHARMA LIMITED, MAYNE PHARMA (USA) INC., HOSPIRA AUSTRALIA
PTY LTD., and HOSPIRA, INC.,

Defendants-Appellees,

and

BARR LABORATORIES, INC. and PLIVA-LACHEMA A.S.,

Defendants-Appellees,

and

W.C. HERAEUS GMBH,

Defendant-Appellee,

and

APP PHARMACEUTICALS, INC. and ABRAXIS BIOSCIENCE, INC.,

Defendants-Appellees,

and

ACTAVIS TOTOWA LLC, ACTAVIS, INC., and ACTAVIS GROUP HF,

Defendants-Appellees,

and

FRESENIUS KABI ONCOLOGY PLC (formerly known as Dabur Oncology plc) and FRESENIUS KABI PHARMA LIMITED (formerly known as Dabur Pharma Limited),

Defendants-Appellees,

and

SUN PHARMACEUTICAL INDUSTRIES LTD. and CARACO PHARMACEUTICAL LABORATORIES, LTD.,

Defendants-Appellees,

and

EBEWE PHARMA GES.M.B.H. NFG KG,

Defendants-Appellees,

and

MUSTAFA NEVZAT ILAC SANAYII A.S. (also known as MN Pharmaceuticals), PAR PHARMACEUTICAL COMPANIES, INC., and PAR PHARMACEUTICAL, INC.,

Defendants-Appellees.

On appeal from the United States District Court for the District of New Jersey in case no. 3:07-cv-2762, Judge Joel A. Pisano.

ON MOTION

Before MAYER, CLEVENGER, and RADER, Circuit Judges.

ORDER

- 3 -

Sanofi-Aventis U.S. LLC et al. (Sanofi) move for a stay, pending appeal, of the judgment of the United States District Court for the District of New Jersey entered on June 30, 2009. Teva Parenteral Medicines, Inc. et al. (Teva), Mayne Pharma Limited et al., Barr Laboratories, Inc. et al. (Barr), and W.C. Heraeus GmbH oppose. Sandoz, Inc. and Mustafa Nevzat Sanayii A.S. et al. do not oppose. Sun Pharmaceutical Industries Ltd. et al. take no position. Teva and Barr move for leave to file a reply to Sandoz's response with reply attached. Sanofi moves for leave to reply with reply attached.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for a stay, pending appeal, of the judgment is granted.

(2) Teva and Barr's motion for leave to file a reply is granted.

(3) Sanofi's motion for leave to reply is granted.

(4) The briefing schedule is expedited. Sanofi's opening brief is due no later than July 31, 2009. The appellees' briefs are due no later than September 1, 2009. Sanofi's reply brief and the joint appendix are due no later than September 11, 2009. The case will be placed on the next available argument calendar, if practicable.

MAYER, Circuit Judge, would deny the stay, pending appeal.

FOR THE COURT

JUL 1 0 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert B. Wilson, Esq.
Dominick A. Conde, Esq.
James H. Hurst, Esq.
David M. Hashmall, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 0 2009

JAN HORBALY
CLERK

2009-1427

Dutch Chung, Esq.
Patricia J. Thompson, Esq.
Charles D. Ossola, Esq.
Keith D. Parr, Esq.
Gail J. Standish, Esq.
Scott b. Feder, Esq.
Steven Lieberman, Esq.
Steven A. Maddox, Esq.
Andrew M. Berdon, Esq.
Daniel G. Brown, Esq.
Steven H. Sklar, Esq.

s19

# Exhibit E



DEPARTMENT OF HEALTH & HUMAN SERVICES

Public Health Service
_____
Food and Drug Administration
Rockville, MD 20857

NDA 22-160                                                              **NDA APPROVAL**

Teva Parenteral Medicines, Inc.
Attention: Susan O'Brien
Director, Regulatory Affairs
19 Hughes
Irvine, CA 92618-1902

Dear Ms. O'Brien:

Please refer to your new drug application (NDA) dated February 9, 2007, received February 9, 2007, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act for Oxaliplatin Injection, 50 mg/10 mL and 100 mg/20 mL.

We also acknowledge receipt of your submissions dated June 18 and June 30, 2009.

The June 30, 2009 submission constituted a complete response to our May 22, 2009 action letter.

This new drug application provides for the use of Oxaliplatin Injection, 50 mg/10 mL and 100 mg/20 mL for adjuvant treatment of stage III colon cancer in patients who have undergone complete resection of the primary tumor and treatment of advanced colorectal cancer.

We have completed our review of this application. It is approved, effective on the date of this letter, for use as recommended in the content of labeling [21 CFR 314.50(1)] in structured product labeling (SPL) format submitted on March 20, 2009.

We acknowledge your March 20, 2009, submission containing final printed carton and container labels.

If you choose to use a proprietary name for this product, the name and its use in the labels must conform to the specifications under 21 CFR 201.10 and 201.15. We recommend that you submit any proprietary name to the Agency for our review prior to its implementation.

All applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred. We are waiving the pediatric study requirement for this application.

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit, in triplicate, a cover letter requesting advisory comments, the

NDA 22-160
Page 2

proposed materials in draft or mock-up form with annotated references, and the package insert(s) to:

>Food and Drug Administration
>Center for Drug Evaluation and Research
>Division of Drug Marketing, Advertising, and Communications
>5901-B Ammendale Road
>Beltsville, MD 20705-1266

As required under 21 CFR 314.81(b)(3)(i), you must submit final promotional materials, and the package insert(s), at the time of initial dissemination or publication, accompanied by a Form FDA 2253. For instruction on completing the Form FDA 2253, see page 2 of the Form. For more information about submission of promotional materials to the Division of Drug Marketing, Advertising, and Communications (DDMAC), see www.fda.gov/cder/ddmac.

We have not completed validation of the regulatory methods. However, we expect your continued cooperation to resolve any problems that may be identified.

If you issue a letter communicating important safety related information about this drug product (i.e., a "Dear Health Care Professional" letter), we request that you submit an electronic copy of the letter to both this NDA and to the following address:

>MedWatch
>Food and Drug Administration
>Suite 12B05
>5600 Fishers Lane
>Rockville, MD 20857

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Amy Tilley, Regulatory Project Manager, at 301-796-3994.

>Sincerely,
>
>*{See appended electronic signature page}*
>
>Robert L. Justice, M.D., M.S.
>Director
>Division of Drug Oncology Products
>Office of Oncology Drug Products
>Center for Drug Evaluation and Research

Enclosure: Labeling

Case 1:09-cv-01495-RMU   Document 22   Filed 08/14/09   Page 14 of 16

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

/s/

---

ROBERT L JUSTICE
08/07/2009

# Exhibit F

**From:** Rein, Frederick H [mailto:FRein@goodwinprocter.com]
**Sent:** Sat 8/8/2009 12:52 PM
**To:** Conde,Dominick; Solander,William; Shapiro, Peter
**Cc:** david.stark@tevausa.com; Hashmall, David M
**Subject:** Oxaliplatin -- NDA Approval

Counsel,

We wish to notify you that the FDA has granted final approval for NDA 22-160 for Oxaliplatin Injection, 50 mg/10mL and 100 mg/20 mL. (Please see the attached letter from the FDA). Teva intends to launch that product on Tuesday, August 11, 2009.

Our client remains open to a business resolution but we would need to move quickly so let us know if that is of interest.

Very truly yours,

Frederick Rein

<<Oxaliplatin -- NDA Approval.pdf>>
Frederick H. Rein, Esq.
**Goodwin Procter** LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T: 212-813-8864
F: 212-355-3333
frein@goodwinprocter.com
www.goodwinprocter.com